IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARYL A. ROYSTER, SR.,
    Plaintiff,

vs.                                                       Case No. 3:09cv477/MCR/MD

SOUTHERN MANAGEMENT COMPANY,
et al.,
    Defendants.

---

## REPORT AND RECOMMENDATION

This cause is before the court upon plaintiff filing a civil rights complaint pursuant to 42 U.S.C. § 1983 (doc. 1) and a motion to proceed *in forma pauperis* (doc. 2).

On August 14, 2007, this court entered an order in *Royster v. Brown*, Case No. 3:07cv54/MCR/MD ordering plaintiff to pay a $15.00 penalty to the court pursuant to Rule 11 of the Federal Rules of Civil Procedure. (*See* Case No. 3:07cv54, Doc. 61). The order directed the Clerk of Court to "not accept any further complaints from plaintiff until he has paid, in full, his judicial debt of $15.00." (*Id.*). Therefore, on October 29, 2009, plaintiff was given ten (10) days to pay his $15.00 judicial debt to the court (doc. 4). Plaintiff satisfactorily responded by paying his judicial debt (doc. 5). Thereafter, on December 7, 2009, plaintiff's motion to proceed *in forma pauperis* was denied for deficiencies and he was ordered, within thirty (30) days, to file a corrected motion to proceed *in forma pauperis*, submitting the requisite affidavit of financial status, or to pay the $350.00 filing fee (doc. 7).

After receiving no response from plaintiff, on January 28, 2010, he was given fourteen (14) days in which to show cause why his case should not be dismissed for failure to prosecute (doc. 8). Over fourteen days have elapsed, and plaintiff has not responded to the order or explained his inability to do so.

Accordingly, it is respectfully RECOMMENDED:

That this case be DISMISSED without prejudice for plaintiff's failure to prosecute and failure to comply with an order of the court.

DONE AND ORDERED this 17th day of February, 2010.

/s/ *Miles Davis*
      MILES DAVIS
      UNITED STATES MAGISTRATE JUDGE

### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy hereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>. A copy of any objections shall be served upon any other parties. Failure to object may limit the scope of appellate review of factual findings. *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).**