IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

DARYL A. ROYSTER, SR.,
    Plaintiff,

vs.                                       Case No. 3:09cr477/MCR/MD

SOUTHERN MANAGEMENT COMPANY,
et al.,
    Defendants.
                                   /

**O R D E R**

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on February 17, 2010, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This case is DISMISSED without prejudice for plaintiff's failure to prosecute and failure to comply with an order of the court.

DONE AND ORDERED this 19th day of March, 2010.

                                             *s/ M. Casey Rodgers*
                                           M. CASEY RODGERS
                                           UNITED STATES DISTRICT JUDGE